**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**Wilkes-Barre Division**

| | |
|---|---|
| Robert Joseph Arbushites,<br><br>*Debtor*. | Case No. 5:26-bk-02122-MJC<br>Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Michael A. Cibik, attorney for Debtor, hereby certify that on November 4, 2026, a true and correct copy of the 1st Amended Chapter 13 Plan was served upon the U.S. Trustee and the Chapter 13 Trustee via ECF Notification and by U.S. Mail to the Debtor and all parties from the Creditor Matrix, listed in the attached mailing list, as listed below:

U.S. Trustee - ***via ECF***

Jack N. Zaharopoulos, Chapter 13 Trustee - ***via ECF***

Debtor: **200 Florida Ave, Shenandoah, PA 17976-1225**

Dated: November 4, 2026

/s/ Michael A. Cibik
Michael A. Cibik, Principal Attorney
Cibik Law, P.C., Counsel for Debtor

Discovercard
P.O. Box 30939
Salt Lake City, UT 84130

**Wilmington Savings Fund Society**
c/o Cornerstone Servicing
P.O. Box 4638
Englewood, CO 80155

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Mariner Finance
Attn: Bankruptcy
8211 Corporate Dr
Nottingham, MD 21236

Patelco Credit Union
Attn: Bankruptcy
P.O. Box 2227
Merced, CA 95344

Pennsylvania Dept. of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Rocket Mortgage
Attn: Bankruptcy Dept.
P.O. Box 619096
Dallas, TX 75261-9741

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587